Matter of Archie J. Mielty Revocable Trust (Mielty)
2026 NY Slip Op 03532
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF THE ARCHIE J. MIELTY REVOCABLE TRUST DATED OCTOBER 12, 2010, AND ITS AMENDMENT DATED JUNE 30, 2021. ----------------------------------------------- JAMES. MIELTY, PETITIONER-APPELLANT;
v
JOHN E. MIELTY, RESPONDENT-RESPONDENT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
232 CA 24-01644
Present: Lindley, J.P., Curran, Ogden, Delconte, And Hannah, JJ.

BOUSQUET HOLSTEIN PLLC, SYRACUSE (CECELIA R. CANNON OF COUNSEL), FOR PETITIONER-APPELLANT.
CROSSMORE & TIFFANY, ITHACA (EDWARD Y. CROSSMORE OF COUNSEL), FOR RESPONDENT-RESPONDENT.

Appeal from an order of the Surrogate's Court, Seneca County (Barry L. Porsch, S.), entered September 6, 2024, in a proceeding pursuant to Surrogate's Court Procedure Act § 2102. The order denied the motion of petitioner for summary judgment, granted the cross-motion of respondent for summary judgment and determined that the subject trust was lawfully amended.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously modified on the law by vacating the determination to dismiss that part of the petition alleging undue influence, reinstating the petition to that extent, and vacating the third ordering paragraph and, as modified, the order is affirmed without costs. Same memorandum as in Matter of Mielty ([appeal No. 1] — AD3d — [June 5, 2026] [4th Dept 2026]).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court